# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Andrew Vernon Locklear, Jr. | )<br>)<br>)<br>) |

Case No: 7:95-CR-11-3BR

USM No: 15664-056

Date of Original Judgment:        09/21/1995
Date of Previous Amended Judgment:  02/23/2009
*(Use Date of Last Amended Judgment if Any)*

Thomas P. McNamara
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected
in the last judgment issued)* of  221                                months **is reduced to**  166 months on Count 1.
The sentence remains 60 months on Count 7, to run concurrently with the sentence in Count 1.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served"
sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated September 21, 1995 and February 23, 2009
shall remain in effect. **IT IS SO ORDERED.**

Order Date:       1/11/2012                                *[signature]* Earl Britt

Effective Date:                                            W. Earl Britt, Senior U.S. District Judge
*(if different from order date)*                           *Printed name and title*